UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

GAVONTYE LOTT,                          )        CASE NO.  5:25-cv-01260
                                        )
              Plaintiff,                )        JUDGE BRIDGET MEEHAN BRENNAN
                                        )
       v.                               )
                                        )
RESOURCE MFG, *et al.*,                 )        **ORDER**
                                        )
              Defendants.               )

Before the Court is the Report and Recommendation ("R&R") of Magistrate Judge Jennifer Dowdell Armstrong recommending the dismissal of this matter with prejudice for failure to comply with Court orders and for want of prosecution.  (Doc. 12.)

Under the relevant statute:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court.  A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C) (flush language).  Magistrate Judge Armstrong issued her R&R on February 13, 2026.  (Doc. 12.)  No objection to the R&R has been filed, and the deadline for doing so has passed.  The failure to timely file written objections to a report and recommendation of a magistrate judge constitutes a waiver of *de novo* review by the district court.  *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981); *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd,* 474 U.S. 140 (1985).  The failure to file written objections also results in a waiver of the right to appeal.  *Thomas*, 728 F.2d at 815.

Even so, the Court has thoroughly reviewed the R&R and ACCEPTS and ADOPTS the same.  Accordingly, this matter is DISMISSED with prejudice for failure to comply with Court

orders and for want of prosecution.

**IT IS SO ORDERED.**

Date:   March 9, 2026

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE